UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
PAULA RENEE WORRELL                          CASE NO. 20-10705
1810 ELON OSSIPEE RD                         JUDGE BENJAMIN A. KAHN
ELON, NC  27244

        DEBTOR

SSN(1) XXX-XX-9790                           DATE:  03/30/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT: .00%<br>NAME ID: 1735<br>CLAIM #: 0025 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT: .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $2,173.06<br>INT: 10.30%<br>NAME ID: 2794<br>CLAIM #: 0008 | (S) SECURED<br><br>ACCT: 0705<br>COMMENT: OC,TAXES |
| ALAMANCE EMS<br>296 E CRES SQUARE DR<br>GRAHAM, NC  27253 | $0.00<br>INT: .00%<br>NAME ID: 161294<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICAN PARTNERS FCU<br>P O BOX 1198<br>REIDSVILLE, NC  27323 | $21,350.54<br>INT: 3.75%<br>NAME ID: 21741<br>CLAIM #: 0007 | (F) FULL PAY MH/RP - SECURED<br><br>ACCT: 8976<br>COMMENT: DT,RERP,FLPY |
| AMERICAN PARTNERS FCU<br>P O BOX 1198<br>REIDSVILLE, NC  27323 | $518.06<br>INT: .00%<br>NAME ID: 21741<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 8976<br>COMMENT: |
| AMERICAN PARTNERS FCU<br>P O BOX 1198<br>REIDSVILLE, NC  27323 | $3,342.55<br>INT: .00%<br>NAME ID: 21741<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 8976<br>COMMENT: |
| AMERICAN PARTNERS FCU<br>P O BOX 1198<br>REIDSVILLE, NC  27323 | $11,015.95<br>INT: .00%<br>NAME ID: 21741<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 8976<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10705

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ATLAS ACQUISITIONS LLC<br>492 C CEDAR LANE STE 442<br>TEANECK, NJ  07666 | $1,719.85<br>INT: .00%<br>NAME ID: 183479<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: YTNC<br>COMMENT: SNAP FINANCE,1120A |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $341.79<br>INT: .00%<br>NAME ID: 180320<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 3241<br>COMMENT: |
| CHASE CARD SERVICES<br>P O BOX 15145<br>WILMINGTON, DE  19850 | $0.00<br>INT: .00%<br>NAME ID: 153058<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT FIRST NA<br>P O BOX 818011<br>CLEVELAND, OH  44181 | $1,787.05<br>INT: .00%<br>NAME ID: 69320<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 9790<br>COMMENT: FIRESTONE |
| DEXCOM/CARECENTRIC<br>6340 SEQUENCE DR<br>SAN DIEGO, CA  92121 | $0.00<br>INT: .00%<br>NAME ID: 183182<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $2,187.02<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC,1020A |
| MASSEYS CREDIT DEPARTMENT<br>1251 1ST AVE<br>CHIPPEWA FALLS, WI  54729 | $0.00<br>INT: .00%<br>NAME ID: 161460<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $1,475.58<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 3674<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9790<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $953.02<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 4578<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $1,610.89<br>INT: .00%<br>NAME ID: 183468<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 2698<br>COMMENT: BRYLANE |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $1,164.78<br>INT: .00%<br>NAME ID: 183468<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 3359<br>COMMENT: WOMAN WITHIN |

PAGE 3 - CHAPTER 13 CASE NO. 20-10705

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $1,384.51<br>INT: .00%<br>NAME ID: 183468<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT:  6840<br>COMMENT:  ROAMAN'S |
| VANDERBILT MORTGAGE & FINANCE CO<br>BANKRUPTCY SECTION<br>P O BOX 9800<br>MARYVILLE, TN  37802 | MONTHLY PMT  $679.86<br>INT: .00%<br>NAME ID: 171442<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT:  1196<br>COMMENT:  DT RERP,CTD EFF DEC20 |
| VANDERBILT MORTGAGE & FINANCE CO<br>BANKRUPTCY SECTION<br>P O BOX 9800<br>MARYVILLE, TN  37802 | $1,359.72<br>INT: .00%<br>NAME ID: 171442<br>CLAIM #: 0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  1196<br>COMMENT:  ARR OCT THRU NOV20 |
| VANDERBILT MORTGAGE & FINANCE CO<br>BANKRUPTCY SECTION<br>P O BOX 9800<br>MARYVILLE, TN  37802 | $230.42<br>INT: .00%<br>NAME ID: 171442<br>CLAIM #: 0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  1196<br>COMMENT:  ARR THRU SEPT20 |
| WEBBANK/FINGERHUT ADVANTAGE<br>P O BOX 1250<br>SAINT CLOUD, MN  56395 | $0.00<br>INT: .00%<br>NAME ID: 153243<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$53,346.65** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 4  -  CHAPTER 13 CASE NO. 20-10705

## NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/30/2021                                    OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice